IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

TONY JOE STEVENS
ADC #159129                                                                                 PLAINTIFF

v.                                  No. 3:22-cv-292-DPM

ZACHARY WEST, C.O.,
Craighead County jail; and
MARK BALLARD, Sergeant,
O.I.C., Craighead County Jail                                                      DEFENDANTS

## ORDER

Unopposed recommendation, *Doc. 29*, adopted. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). Motion for summary judgment, *Doc. 24*, denied.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

17 November 2023