IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

TONY JOE STEVENS
ADC #159129                                                                                      PLAINTIFF

v.                                  No. 3:22-cv-292-DPM

ZACHARY WEST, C.O.,
Craighead County Jail; and
MARK BALLARD, Sergeant,
O.I.C., Craighead County Jail                                                            DEFENDANTS

## ORDER

After adopting Magistrate Judge Ervin's recommendation to deny the motion for partial summary judgment, the Court neglected to appoint counsel. *Doc. 31*. The Court requests Magistrate Judge Ervin to do so now. The Final Scheduling Order, *Doc. 32*, is vacated. New counsel will need time to prepare for trial. An Amended Final Scheduling Order will issue with only pretrial deadlines. Appointed counsel must prepare the case on the record already made. The Court requests Judge Ervin to shepherd the case for the next few months.

So Ordered.

*NPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

3 July 2024