IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 WEST CAPITOL AVENUE, ROOM 381
LITTLE ROCK, ARKANSAS 72201

EDIE R. ERVIN                                                                                       (501) 604-5200
UNITED STATES MAGISTRATE JUDGE                                                FAX# 604-5389

ORDER SCHEDULING SETTLEMENT CONFERENCE

March 3, 2025

<u>Delivered by email to:</u>

Mr. Degen Duane Clow                                                                      degen@clow.law
Clow Law
Post Office Box 1
Benton, AR 72018

Ms. JaNan Arnold Thomas                                                           jthomas@arcounties.org
Association of Arkansas Counties
1415 West Third Street
Little Rock, AR 72201

Mr. Jason E. Owens                                                                  owens@jowenslawfirm.com
Jason Owens Law Firm, PA
Post Office Box 850
Conway, AR 72033-0850

     Re: *Stevens v. West et al* No. 3:22-cv-00292 DPM

Dear Counsel:

     We have all agreed that I will conduct a settlement conference in the above case, starting at 9:30 a.m. on **June 4, 2025**, in Courtroom 389 of the Federal Courthouse in Little Rock, Arkansas.

     This Letter-Order sets forth requirements that the parties must address **before** the settlement conference. Please review it carefully.

It is my understanding that **both** sides have requested this settlement conference and are prepared to negotiate in good faith to reach a full and complete settlement in this case. Please let me know immediately if this is not the case.

Counsel should ensure the presence of representative[s] with **complete authority** to agree to a full and complete settlement in this case.

No later than noon, **Thursday, May 29, 2025**, each party must submit an *ex parte*, confidential settlement statement that openly and honestly discusses the topics listed below. The confidential statements should not be filed with the Clerk of the Court, nor served on another party. The settlement statements are for my review only and will remain confidential. Parties should hand deliver to chambers or email (erechambers@ared.uscourts.gov) their confidential statement.

Your confidential letters should include:

(1)  an honest summary of the major weaknesses in each side's case, both factual and legal;

(2)  an honest assessment of the obstacles to reaching settlement and your best ideas for overcoming these obstacles;

(3)  a complete evaluation of the maximum and minimum damage awards likely to be awarded if the case goes to trial;

(4)  the impact of any applicable fee-shifting provisions;

(5)  the history of any settlement negotiations to date; and

(6)  the name and title of all parties, party representative(s) and counsel who will attend the conference.

If you want me to review anything not currently in the file that you believe is important for evaluating the case, attach a hard copy to your confidential letter.[1] Additionally, if you want me to review any cases (or other legal authority), please provide citations or copies.

---

[1] Attachments *exceeding 15 pages* should be hand delivered to chambers.

In addition to submitting *ex parte* letters, the parties **must** exchange written settlement demands/responses before the settlement conference. If this has already been done, please note it in your confidential letters. If this has not been done, it **must** be done before the settlement conference.

Three hours should be sufficient for this settlement conference. However, if we are making good progress, we may go longer so feel free to bring nourishment.

The settlement process and our communications before or during the conference are confidential. *See* General Order 50.

Feel free to contact me directly or my courtroom deputy, Melanie Beard, with any questions or ideas for increasing settlement prospects.

I look forward to seeing everyone on June 4 and working together to resolve this case.

Sincerely,

Edie R. Ervin