IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

TONY JOE STEVENS
ADC #159129                                                                                        PLAINTIFF

v.                              No. 3:22-cv-292-DPM

ZACHARY WEST, C.O.,
Craighead County Jail; and
MARK BALLARD, Sergeant,
O.I.C., Craighead County Jail                                                                DEFENDANTS

## ORDER

At the end of the bench trial, the Court stated its findings of fact and conclusions of law from the bench. For the reasons stated, the Court ruled in favor of Zachary West and Mark Ballard on Tony Joe Stevens's claims. Judgment will issue. Mr. Clow must immediately provide Stevens a copy of this Order and the Judgment; after he does so, and advises Stevens about appeal rights, he is discharged as Stevens's appointed counsel with the Court's thanks.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

29 October 2025