IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

TONY JOE STEVENS
ADC #159129                                                              PLAINTIFF

v.                          No. 3:22-cv-292-DPM

ZACHARY WEST, C.O.,
Craighead County Jail; and
MARK BALLARD, Sergeant,
O.I.C., Craighead County Jail                                            DEFENDANTS

## JUDGMENT

Stevens's complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

29 October 2025