IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

TONY JOE STEVENS                                              PLAINTIFF

v.                              No. 3:22-cv-292-DPM

ZACHARY WEST, C.O.,
Craighead County Jail; and
MARK BALLARD, Sergeant,
O.I.C., Craighead County Jail                                 DEFENDANTS

ORDER

Notice, *Doc. 63*, appreciated. The Court confirms that Clow is discharged with the Court's thanks for his service as appointed counsel. Clow must provide the Clerk of Court with Stevens's current address so that the Clerk can mail him a copy of this Order.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

31 October 2025